JAMES VOLPI and CHARLES MALLIA v. WATERMAN STEAMSHIP CORP. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

HOLDEN LEONARD CO., INC., v. NEVA WET CORPORATION OF AMERICA, INC.— Motion for reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

ANNA P. BOLLING v. NORTHERN INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of FRANCIS J. DONNELLY for an Order against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

BENJAMIN SOLOMON, as Trustee in Bankruptcy for I. SHAININ & COMPANY, INCORPORATED, a Bankrupt, v. DANIEL E. FINN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LYTTLETON B. P. GOULD v. WILLIAM S. MURRAY and HENRY FLOOD, JR. ~ Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

GEORGE MCLEOD BAYNES v. ATLANTIC FILM PRODUCTIONS, LIMITED.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MARY E. LIVINGSTON, as Trustee under the Last Will and Testament of EDWARD N. TAILER, Deceased, v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

EMILY RINGLING v. JOHN RINGLING NORTH and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Untermyer and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS RUTIGLIANO, Alias NICK GREEN.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the CONCORD CASUALTY AND SURETY COMPANY. Claim No. CB-51 of: INDIAN HILL STONE COMPANY. Claim No. CB-52 of: FARLEY & LOETSCHER MFG. CO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THEA RASCHE v. NEWS SYNDICATE CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

TITLE GUARANTEE & TRUST COMPANY v. COLGATE CONSTRUCTION CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.